```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| Tudor Chirila, Administrator,           )<br>THE ESTATE OF HOW TZU HUANG,           )<br>Deceased,                                )<br>                                         )<br>      Plaintiff,                        )<br>                                         )<br>vs.                                      )<br>                                         )<br>BANK OF AMERICA, N.A., RECONTRUST       )<br>COMPANY, N.A., DOES I through V; and    )<br>ROE ENTITIES I through X; jointly and   )<br>severally,                               )<br>                                         )<br>      Defendants.                       )<br>_____) | 3:11-CV-00005-ECR-RAM<br><br>MINUTES OF THE COURT<br><br>DATE: February 15, 2011 |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that Defendants' Motion (#5), filed on January 11, 2011, to dismiss the Complaint (#1) is **GRANTED**. Plaintiff's tort and quasi contract claims all stem from a contract-based allegation regarding Defendants' alleged obligation to endorse insurance checks and must, therefore, be dismissed.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to File Response (#9) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (#8) is **DENIED** without prejudice. Plaintiff shall have fourteen (14) days within which to file a renewed motion to file an amended complaint. The renewed motion must have a copy of the proposed amended complaint attached to it so that we may determine whether the filing of the amended complaint should be permitted.

                                                                               LANCE S. WILSON, CLERK
                                                                               By       /s/
                                                                                          Deputy Clerk